■ In the Matter of ANIZABEL B., a Person Alleged to be a Juvenile Delinquent, Appellant. [933 NYS2d 546]—

Appellant's challenges to the court's suppression ruling are substantially similar to arguments this Court rejected on two companion appeals (*Matter of Michael R.*, 87 AD3d 940 [2011]; *Matter of Daniel E.*, 82 AD3d 639 [2011], *lv denied* 17 NY3d 704 [2011]), and there is no reason to reach a different result here. Concur—Tom, J.P., Saxe, Sweeny, Richter and Manzanet-Daniels, JJ.